AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

Michael Croteau, et al.

V.

Town of Westford, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 10128 EFH

TO: (Name and address of Defendant)   Town of Westford
                                       55 Main Street
                                       Westford, MA 01886

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph P. Kittredge
Law Offices of Timothy M. Burke
160 Gould Street, Suite 111
Needham, MA 02494

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK   TONY ANASTAS

(By) DEPUTY CLERK

DATE   FEB 2 - 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/16/04 |
| NAME OF SERVER (PRINT) Joseph P. Kittredge | TITLE Attorney for Plaintiffs |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Acceptance of Service by Defendants Counsel (see attached)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/29/04
                Date                    Signature of Server

160 Gould St., Ste 111, Needham, MA 02494
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.