UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL CROTEAU, CHRISTOPHER LENNEY, JAMES MCCUSKER, MICHAEL PERCIBALLI, DENNIS ROGERS, WILLIAMS LUPPOLD, KENNETH DELANEY, DAVID WELCH, JOSEPH WALKER, JULIES DRISCOLL, JOSEPH ERACLEO, DONALD PICK, MEGAN GUTHRIE, MARK CHAMBERS, JOEL GAGNE, GREGORY MARHAND, CHRISTOPHER RICHARD, MARC PROIA, JAMES PELOQUIN, RONALD PAULAUSKUS, HERVEY COTE, STEVEN KEINS, DANIEL O'DONNELL, JR., SCOTT HYDER, and ALL OTHERS SIMILARLY SITUATED,<br>         Plaintiffs<br><br>V.<br><br>TOWN OF WESTFORD and WESTFORD POLICE DEPARTMENT,<br>         Defendants | Civil Action No. 04-10128-EFH |

### ACKNOWLEDGMENT OF SERVICE

I, Philip Collins, counsel for Town of Westford and Westford Police Department, acknowledge receipt of service of the attached Complaint and Plaintiff's First Request for Production of Documents issued to Town of Westford and Westford Police Department. I affirm my acceptance of service of the Complaint and Plaintiff's First Request for Production of Documents by first-class mail as valid and binding as if personally served in accordance with Rule 4 of the Federal Rules of Civil procedure.

Dated: April 16, 2004

_____
Philip Collins