## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MICHAEL CROTEAU, ET AL.,
               Plaintiffs

          v.                                  CIVIL ACTION NO.:
                                                  04-10128-EFH

TOWN OF WESTFORD, ET AL.,
               Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

December 14, 2004

HARRINGTON, S.D.J.

      The Court orders the defendants to file their answer forthwith.

      The Court orders the defendants to respond to plaintiffs' request for interrogatories and production of documents on or before January 1, 2005.

      The plaintiffs are ordered to file their motion for summary judgment on or before February 15, 2005. The defendants are ordered to file their response thereto on or before March 15, 2005.

      Failure of the defendants to file their answer forthwith shall result in judgment being entered for the plaintiffs.

      SO ORDERED.

                                                         /s/ Edward F. Harrington
                                                         EDWARD F. HARRINGTON
                                                        United States Senior District Judge