UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL CROTEAU, CHRISTOPHER LENNEY, JAMES MCCUSKER, MICHAEL PERCIBALLI, DENNIS ROGERS, WILLIAM LUPPOLD, KENNETH DELANEY, DAVID WELCH, JOSEPH WALKER, JULIE DRISCOLL, JOSEPH ERACLEO, DONALD PICK, MEGAN GUTHRIE, MARK CHAMBERS, JOEL GAGNE, GREGORY MARHAND, CHRISTOPHER RICARD, MARC PROIA, JAMES PELOQUIN, RONALD PAULAUSKUS, HERVEY COTE, STEVEN KEINS, DANIEL O'DONNELL, JR., SCOTT HYDER, and ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiffs<br><br>v.<br><br>TOWN OF WESTFORD and WESTFORD POLICE DEPARTMENT<br><br>Defendants | CIVIL ACTION NO. 04-10128-EFH |

## NOTICE OF APPEARANCE

Please enter our appearance on behalf of the Defendants in the above matter.

Respectfully submitted,

TOWN OF WESTFORD and
WESTFORD POLICE DEPARTMENT
By their attorneys,

*/s/ Daniel C. Brown*
Tim D. Norris
BBO No. 552969
Daniel C. Brown
BBO No. 648038
Collins, Loughran & Peloquin, P.C.
320 Norwood Park South
Norwood, MA 02062
781-762-2229

Dated: 12/14/04

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day forwarded a copy of the foregoing document, via facsimile and first class mail, postage prepaid, to Joseph P. Kittredge, Esq., Law Offices of Timothy M. Burke, 160 Gould Street, Suite 111, Needham, MA 02494.

_Daniel C. Brown_     12/14/04

Daniel C. Brown     Date