UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL CROTEAU, CHRISTOPHER )
LENNEY, JAMES MCCUSKER, MICHAEL )
PERCIBALLI, DENNIS ROGERS, )
WILLIAMS LUPPOLD, KENNETH DELANEY, )
DAVID WELCH, JOSEPH WALKER, )
JULIES DRISCOLL, JOSEPH ERACLEO, )
DONALD PICK, MEGAN GUTHRIE, MARK ) Civil Action No. 04-10128-EFH
CHAMBERS, JOEL GAGNE, GREGORY )
MARHAND, CHRISTOPHER RICHARD, )
MARC PROIA, JAMES PELOQUIN, RONALD )
PAULAUSKUS, HERVEY COTE, STEVEN )
KEINS, DANIEL O'DONNELL, JR., SCOTT )
HYDER, and ALL OTHERS SIMILARLY )
SITUATED, )
        Plaintiffs )
)
V. )
)
TOWN OF WESTFORD and )
WESTFORD POLICE DEPARTMENT, )
        Defendants )
_____)

FILED
IN CLERKS OFFICE
2005 FEB 15 P 12: 28
U.S. DISTRICT COURT
DISTRICT OF MASS

ASSENTED TO MOTION TO EXTEND THE TIME IN WHICH PLAINTIFFS MAY
SUBMIT DISPOSITIVE PLEADINGS

Now come the Plaintiffs to this action and hereby respectfully move this Honorable Court to extend the time in which the Plaintiffs may submit their dispositive pleadings thirty (30) days, up and including March 15, 2005. The Defendant has assented to this Motion and the parties' believe that this matter is ripe to be resolved by dispositive pleadings.

WHEREFORE, Plaintiffs pray that this Court permit them an additional thirty days to submit their dispositive pleading.

For Plaintiffs,

*[signature]*

Joseph P. Kittredge, Esquire
Law Offices of Timothy M. Burke
160 Gould Street, Suite 111
Needham, MA 02494
Tel. 781-455-0707

Assented to:
For the Defendant:

*[signature]* Daniel Brown (spk)

Daniel C. Brown, Esquire
Collins, Loughran & Peloquin, P.C.
320 Norwood Park South
Norwood, MA 02062
Tel. 781-762-2229
Fax 781-762-1803

Certificate of Service

I hereby certify that I have served a true copy of the foregoing document upon each other attorney of record by mailing first class postage prepaid.

Dated: 2/14/05    *[signature]*