UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR 16  P 2: 25
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| MICHAEL CROTEAU, CHRISTOPHER LENNEY, JAMES MCCUSKER, MICHAEL PERCIBALLI, DENNIS ROGERS, WILLIAMS LUPPOLD, KENNETH DELANEY, DAVID WELCH, JOSEPH WALKER, JULIES DRISCOLL, JOSEPH ERACLEO, DONALD PICK, MEGAN GUTHRIE, MARK CHAMBERS, JOEL GAGNE, GREGORY MARHAND, CHRISTOPHER RICHARD, MARC PROIA, JAMES PELOQUIN, RONALD PAULAUSKUS, HERVEY COTE, STEVEN KEINS, DANIEL O'DONNELL, JR., SCOTT HYDER, and ALL OTHERS SIMILARLY SITUATED, Plaintiffs<br><br>V.<br><br>TOWN OF WESTFORD and WESTFORD POLICE DEPARTMENT, Defendants | Civil Action No. 04-10128-EFH |

### JOINT MOTION FOR A STAY OF THE PROCEEDINGS IN THIS ACTION

Now come the parties to this action and respectfully move this Honorable Court to grant a stay of this action to afford them additional time to resolve the issues contained herein. The parties have agreed to continue negotiations to reach a financial resolution of the pending action without incurring additional unnecessary expenses. The stay sought will afford the parties the opportunity to focus their energies on a mutually satisfactory resolution.

The parties request that the stay be imposed for sixty (60) days, up to and including May 16, 2005. At which time the parties will file settlement documents or Plaintiffs will submit their Motion and Memorandum for Summary Judgment.

WHEREFORE, the parties pray that this Court issue a sixty (60) day stay to afford them additional time to explore settlement.

For Plaintiffs,

_____
Joseph P. Kittredge, Esquire
Law Offices of Timothy M. Burke
160 Gould Street, Suite 111
Needham, MA 02494
Tel. 781-455-0707

For the Defendant:

_____
Daniel C. Brown, Esquire
Collins, Loughran & Peloquin, P.C.
320 Norwood Park South
Norwood, MA 02062
Tel. 781-762-2229
Fax 781-762-1803

Certificate of Service

I hereby certify that I have served a true copy of the foregoing document upon each other attorney of record by mailing first class postage prepaid.

Dated: 3/15/05  _____