UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL CROTEAU, CHRISTOPHER LENNEY, JAMES MCCUSKER, MICHAEL PERCIBALLI, DENNIS ROGERS, WILLIAMS LUPPOLD, KENNETH DELANEY, DAVID WELCH, JOSEPH WALKER, JULIES DRISCOLL, JOSEPH ERACLEO, DONALD PICK, MEGAN GUTHRIE, MARK CHAMBERS, JOEL GAGNE, GREGORY MARHAND, CHRISTOPHER RICHARD, MARC PROIA, JAMES PELOQUIN, RONALD PAULAUSKUS, HERVEY COTE, STEVEN KEINS, DANIEL O'DONNELL, JR., SCOTT HYDER, and ALL OTHERS SIMILARLY SITUATED,<br>　　　　Plaintiffs<br><br>V.<br><br>TOWN OF WESTFORD and WESTFORD POLICE DEPARTMENT,<br>　　　　Defendants | Civil Action No. 04-10128-EFH |

JOINT MOTION FOR A STAY OF THE PROCEEDINGS IN THIS ACTION

　　　　Now come the parties to this action and respectfully move this Honorable Court to grant another stay of this action to afford them additional time to resolve the issues contained herein. To reach a financial resolution requires the parties to review payroll documents over the past three years totaling in excess of 6000 pages. The parties have diligently worked toward resolving the matter within the original time allowed by this Court but were unable to do so due to the volume of financial information that must be examined. The parties have agreed to continue negotiations to reach a financial resolution of the pending action without incurring additional unnecessary expenses. The stay sought will afford the parties the opportunity to focus their energies on a mutually satisfactory resolution.

　　　　The parties request that the stay be imposed for one hundred and twenty (120) days, up to and including September 16, 2005. At which time the parties anticipate they will be able to file settlement documents.

WHEREFORE, the parties pray that this Court issue a one hundred twenty (120) day stay to afford them additional time to resolve settlement.

|  |  |
|---|---|
| For Plaintiffs, | Assented to:<br>For the Defendant: |
| /S/ Joseph P. Kittredge | /S/ Daniel C. Brown |
| Joseph P. Kittredge, Esquire | Daniel C. Brown, Esquire |
| Law Offices of Timothy M. Burke | Collins, Loughran & Peloquin, P.C. |
| 160 Gould Street, Suite 111 | 320 Norwood Park South |
| Needham, MA 02494 | Norwood, MA 02062 |
| Tel. 781-455-0707 | Tel. 781-762-2229 |
|  | Fax 781-762-1803 |

Certificate of Service

    I hereby certify that I have served a true copy of the foregoing document upon each other attorney of record by mailing first class postage prepaid.

Dated: 5/16/05    /S/ Joseph P. Kittredge