UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL CROTEAU, CHRISTOPHER LENNEY, JAMES MCCUSKER, MICHAEL PERCIBALLI, DENNIS ROGERS, WILLIAM LUPPOLD, KENNETH DELANEY, DAVID WELCH, JOSEPH WALKER, JULIE DRISCOLL, JOSEPH ERACLEO, DONALD PICK, MEGAN GUTHRIE, MARK CHAMBERS, JOEL GAGNE, GREGORY MARHAND, CHRISTOPHER RICARD, MARC PROIA, JAMES PELOQUIN, RONALD PAULAUSKUS, HERVEY COTE, STEVEN KEINS, DANIEL O'DONNELL, JR., SCOTT HYDER, and ALL OTHERS SIMILARLY SITUATED<br><br>      Plaintiffs<br><br>v.<br><br>TOWN OF WESTFORD and WESTFORD POLICE DEPARTMENT<br><br>      Defendants | CIVIL ACTION NO. 04-10128-EFH |

## JOINT MOTION TO STAY PROCEEDINGS

Now come the parties to this action and respectfully move this Honorable Court to extend a stay of this action to afford them additional time to resolve the issues contained herein. To reach a financial resolution requires the parties to review payroll documents over the past three years totaling in excess of 6,000 pages. The parties have diligently worked toward resolving the matter within the time allowed by this Court, but have been unable to do so due to the volume of financial information that must be examined. In addition, the parties recently settled a collective bargaining agreement, the negotiations of which have been time-consuming. The parties have

agreed to continue negotiations to reach a financial resolution of the pending action without incurring additional unnecessary expenses. The stay sought will afford the parties the opportunity to focus their energies on a mutually satisfactory resolution.

The parties request that the stay be imposed for sixty (60) days, up to and including November 14, 2005, at which time the parties anticipate that they will be able to file settlement documents.

TOWN OF WESTFORD and
WESTFORD POLICE DEPARTMENT
By their attorneys,

_/s/ Joseph P. Kittredge (PK)_
Joseph P. Kittredge, Esquire
Law Offices of Timothy M. Burke
160 Gould Street, Suite 111
Needham, MA 02494
Tel. 781-455-0707

_/s/ Daniel C. Brown_
Tim D. Norris
BBO No. 552969
Daniel C. Brown
BBO No. 648038
Collins, Loughran & Peloquin, P.C.
320 Norwood Park South
Norwood, MA 02062
781-762-2229

Dated: 9/16/05