UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL CROTEAU, CHRISTOPHER LENNEY, JAMES MCCUSKER, MICHAEL PERCIBALLI, DENNIS ROGERS, WILLIAM LUPPOLD, KENNETH DELANEY, DAVID WELCH, JOSEPH WALKER, JULIE DRISCOLL, JOSEPH ERACLEO, DONALD PICK, MEGAN GUTHRIE, MARK CHAMBERS, JOEL GAGNE, GREGORY MARHAND, CHRISTOPHER RICARD, MARC PROIA, JAMES PELOQUIN, RONALD PAULAUSKUS, HERVEY COTE, STEVEN KEINS, DANIEL O'DONNELL, JR., SCOTT HYDER, and ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiffs<br><br>v.<br><br>TOWN OF WESTFORD and WESTFORD POLICE DEPARTMENT<br><br>Defendants | CIVIL ACTION NO. 04-10128-EFH |

## JOINT MOTION TO STAY PROCEEDINGS

Now come the parties to this action and respectfully move this Honorable Court to extend a stay of this action to afford them additional time to resolve the issues contained herein. The parties have been working toward a financial resolution which requires analysis of over 4 years of payroll documents. A final calculation is nearly complete at which time both parties anticipate a satisfactory settlement. The stay sought will afford the parties the opportunity to focus their energies on a mutually satisfactory resolution.

The parties request that the stay be imposed up to and including May 19, 2006, at which time the parties anticipate that they will be able to file settlement documents.

|  |  |
|---|---|
| _/s/ Joseph P. Kittredge_<br>Joseph P. Kittredge, Esquire<br>Law Offices of Timothy M. Burke<br>160 Gould Street, Suite 111<br>Needham, MA 02494<br>Tel. 781-455-0707 | TOWN OF WESTFORD and<br>WESTFORD POLICE DEPARTMENT<br>By their attorneys,<br><br>_/s/ Daniel C. Brown_<br>Tim D. Norris<br>BBO No. 552969<br>Daniel C. Brown<br>BBO No. 648038<br>Collins, Loughran & Peloquin, P.C.<br>320 Norwood Park South<br>Norwood, MA 02062<br>781-762-2229 |

Dated: 4/12/06