UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL CROTEAU, CHRISTOPHER LENNEY, JAMES MCCUSKER, MICHAEL PERCIBALLI, DENNIS ROGERS, WILLIAM LUPPOLD, KENNETH DELANEY, DAVID WELCH, JOSEPH WALKER, JULIE DRISCOLL, JOSEPH ERACLEO, DONALD PICK, MEGAN GUTHRIE, MARK CHAMBERS, JOEL GAGNE, GREGORY MARHAND, CHRISTOPHER RICARD, MARC PROIA, JAMES PELOQUIN, RONALD PAULAUSKUS, HERVEY COTE, STEVEN KEINS, DANIEL O'DONNELL, JR., SCOTT HYDER, and ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiffs<br><br>v.<br><br>TOWN OF WESTFORD and WESTFORD POLICE DEPARTMENT<br><br>Defendants | CIVIL ACTION NO. 04-10128-EFH |

### JOINT MOTION TO STAY PROCEEDINGS

Now come the parties to this action and respectfully move this Honorable Court to extend a stay of this action to afford them additional time to resolve the issues contained herein. The parties have been working toward a financial resolution which has required analysis of over four years of payroll documents. The analysis is complete and the parties are scheduling a meeting to discuss any remaining issues. The stay sought will afford the parties the opportunity to focus their energies on a mutually satisfactory resolution.

The parties request that the stay be imposed up to and including September 18, 2006 at which time the parties anticipate that they will be able to file settlement documents.

|  | TOWN OF WESTFORD and WESTFORD POLICE DEPARTMENT By their attorneys, |
|---|---|
| *[signature]* | *[signature]* |
| Joseph P. Kittredge, Esquire | Tim D. Norris |
| Law Offices of Timothy M. Burke | BBO No. 552969 |
| 160 Gould Street, Suite 111 | Daniel C. Brown |
| Needham, MA 02494 | BBO No. 648038 |
| Tel. 781-455-0707 | Collins, Loughran & Peloquin, P.C. |
|  | 320 Norwood Park South |
|  | Norwood, MA 02062 |
|  | 781-762-2229 |

Dated: July 14, 2006