UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL CROTEAU, CHRISTOPHER LENNEY, JAMES MCCUSKER, MICHAEL PERCIBALLI, DENNIS ROGERS, WILLIAMS LUPPOLD, KENNETH DELANEY, DAVID WELCH, JOSEPH WALKER, JULIES DRISCOLL, JOSEPH ERACLEO, DONALD PICK, MEGAN GUTHRIE, MARK CHAMBERS, JOEL GAGNE, GREGORY MARHAND, CHRISTOPHER RICHARD, MARC PROIA, JAMES PELOQUIN, RONALD PAULAUSKUS, HERVEY COTE, STEVEN KEINS, DANIEL O'DONNELL, JR., SCOTT HYDER, and ALL OTHERS SIMILARLY SITUATED,<br>       Plaintiffs<br><br>V.<br><br>TOWN OF WESTFORD and WESTFORD POLICE DEPARTMENT,<br>       Defendants | ) ) ) ) ) ) ) Civil Action No. 04-10128-EFH ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

NOTICE OF APPEARANCE

Please enter an appearance for Timothy M. Burke as counsel for Plaintiff Michael Croteau, et al. in the above-entitled matter.

Respectfully submitted,
For Plaintiff Michael Croteau, et al.,
By their attorney,

/s/ Timothy M. Burke
Timothy M. Burke, Esquire
BBO #065720
LAW OFFICES OF TIMOTHY M. BURKE
160 Gould Street, Suite 111
Needham, MA  02494
(781) 455-0707

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via first class mail, postage pre-paid.


Date:   9/26/06                          /s/ Timothy M. Burke_____