UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TAKE NOTICE THAT THE FOLLOWING CASES WILL BE CALLED FOR
STATUS CONFERENCE ON MONDAY, JUNE 4, 2007, AT 11:00 A.M.
BEFORE THE HONORABLE EDWARD F. HARRINGTON
UNITED STATES DISTRICT SENIOR JUDGE
COURTROOM NO. 13, 5TH FLOOR
JOHN JOSEPH MOAKLEY U. S. COURTHOUSE
BOSTON, MASSACHUSETTS**

\* \* \* \*

| | |
|---|---|
| CA 00-10156-EFH | Richard J. McCarthy v. City of Waltham, et al., |
| CA 04-10128-EFH | Michael Croteau, et al. v. Town of Westford, et al., |
| CA 04-12209-EFH | Russell F. Sheehan, et al. v. Chris Mealey Electrical, Inc., et al., |
| CA 05-11312-EFH | Herbert Wydom v. Town of Wareham Conservation Commission |

SARAH ALLISON THORNTON, Clerk

By: _____/s/ Karen Folan_____
Karen Folan, Deputy Clerk

Dated: May 15, 2007