UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-10128

Croteau, et al.,
        PLAINTIFFS

v.

Town of Westford, et al.,
        DEFENDANTS

## WITHDRAWAL OF APPEARANCE OF COUNSEL

PLEASE ENTER my Withdrawal of Appearance as Attorney on behalf of Plaintiffs in connection with the above-captioned matter. As grounds thereto, the undersigned counsel states that he is no longer associated with the Law Offices of Timothy M. Burke.

    Respectfully submitted,
    For the Plaintiffs
    By their Attorney,

    /s/ Joseph P. Kittredge
    Joseph P. Kittredge, Esquire
    Rafanelli & Kittredge, P.C.
    1 Keefe Road
    Acton, MA 01720-5517
    BBO# 548841
    Tel. (978) 369-6001
    Fax (978) 369-4001

### CERTIFICATE OF SERVICE

I hereby certify that on this date this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 6, 2007        /s/ Joseph P. Kittredge
                                           Joseph P. Kittredge