UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * *

MICHAEL CROTEAU, ET AL.,
       Plaintiffs,

    v.                         CIVIL ACTION NO.:
                             CA 04-10128-EFH

TOWN OF WESTFORD, ET AL.,
       Defendants.

* * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

June 12, 2007

HARRINGTON, S.D.J.

    The Court dismisses the above-entitled action for want of prosecution. The Plaintiffs failed to appear for status conferences scheduled for June 4 and again for June 11, 2007.

    SO ORDERED.

                                               /s/ Edward F. Harrington
                                             EDWARD F. HARRINGTON
                                             United States Senior District Judge